IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS TRAUMANN | : | No. 18-564 |
| | : | |

### ORDER

AND NOW, this 3rd day of November, 2021, upon consideration of Thomas Traumann's Motions for Compassionate Release (Doc. Nos. 63 and 68), the Government's Response in Opposition (Doc. No. 65), and Mr. Traumann's Replies in Support (Doc. Nos. 72 and 73), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Mr. Traumann's Motions (Doc. Nos. 63 and 68) are **DENIED**. It is further **ORDERED** that Mr. Traumann's Motion for a Status Update on his Motion for Compassionate Release (Doc. No. 64) is **DEEMED MOOT**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1