IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-564 |
| | : | |
| v. | : | |
| | : | |
| THOMAS TRAUMANN | : | |
| | : | |

## MOTION TO REQUEST STATUS

Thomas Traumann (Petitioner, Pro Se) would like to respectfully request status on his Petition for Reconsideration of Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A)(i) (Document 81) submitted on December 3, 2021. Supplemental Information in Support of this Petition (Document 85) was recently submitted on January 10, 2022 and provided the Court with information about the escalating COVID-19 cases at FCI Fort Dix. As of January 24, 2022, the number of inmates and staff testing positive for COVID-19 at FCI Fort Dix has increased to 136 and 18 respectively.

Thank you for considering this request.

Respectfully,

*/s Thomas F. Traumann*

Thomas F. Traumann
Petitioner Pro Se
January 24, 2022