IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS TRAUMANN | : | No. 18-564 |
| | : | |

## ORDER

AND NOW, this 21st day of February, 2023, upon consideration of Thomas Traumann's *Pro Se* Omnibus Motion (Doc. No. 89), Mr. Traumann's Supplemental Memorandum (Doc. No. 92), the Government's Response (Doc. No. 94), and Mr. Traumann's Reply (Doc. No. 97), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Mr. Traumann's Omnibus Motion (Doc. No. 89) is **DENIED**. It is further **ORDERED** that no certificate of appealability will issue because reasonable jurists would not disagree with the denial of Mr. Traumann's Omnibus Motion.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE